UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK,<br>PLAINTIFF<br><br>vs.<br><br>BOWDITCH BOAT HOLDINGS, LLC;<br>GOLDENEYE CORPORATION;<br>SALEM WHALE WATCH &<br>CRUISE CO. LLC; LAKE CHAMPLAIN<br>TRANSPORTATION CO.;<br>ROBERT E. BLAIR JR.;<br>ROBERT J. SALEM;<br>AND HENRY LORD<br><br>DEFENDANTS | )<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **05-10668NMG**<br>)<br>)<br>)<br>) |

## BOWDITCH BOAT HOLDING LLC's CORPORATE DISCLOSURE

Defendant Bowditch Boat Holding LLC is a privately held company and its shares are not publicly traded.

J APRIL 05

Bowditch Boat Holdings LLC
By its attorneys,

FLANAGAN & HUNTER, P.C.

Brian P. Flanagan
BBO# 547375
Michael J. Calabro
BBO# 069830
88 Black Falcon Avenue, Suite 274
Boston, MA 02210
617-482-3366