UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK,          )<br>     PLAINTIFF                    )<br>                                       )<br>                                       )<br>vs.                                  )<br>                                       )<br>BOWDITCH BOAT HOLDINGS, LLC;  )<br>GOLDENEYE CORPORATION;           )<br>SALEM WHALE WATCH&               )<br>CRUISE CO. LLC;  LAKE CHAMPLAIN )<br>TRANSPORTATION CO.;              )<br> ROBERT E. BLAIR JR.;             )<br> ROBERT J. SALEM;                  )<br> AND HENRY LORD                   )<br>                                       )<br>     DEFENDANTS                 ) | Civil Action No. 05-10668 NMG |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter for defendant Goldeneye Corporation in the above matter.

                                                         Goldeneye Corp.
                                                        By Its Attorneys,
                                                        FLANAGAN & HUNTER, P.C.

                                                        _____
                                                        Brian P. Flanagan
                                                        BBO# 547375
                                                        88 Black Falcon Avenue, Suite 274
                                                        Boston, MA 02210
                                                        617-482-3366

## Certificate of Service

Certificate of Service

    I hereby certify that on this **20** day of April 2005, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Meegan B. Casey, Esq.,
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

_____
Brian P. Flanagan
Attorney-at-Law