UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK,<br>   PLAINTIFF | )<br>)<br>) |
| vs. | Civil Action No. 05-10668 NMG<br>)<br>) |
| BOWDITCH BOAT HOLDINGS, LLC;<br>GOLDENEYE CORPORATION;<br>SALEM WHALE WATCH&<br>CRUISE CO. LLC;  LAKE CHAMPLAIN<br>TRANSPORTATION CO.;<br> ROBERT E. BLAIR JR.;<br> ROBERT J. SALEM;<br> AND HENRY LORD | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|    DEFENDANTS | )<br>) |

### NOTICE OF APPEARANCE

    Please enter my appearance in the above matter for defendant Robert E. Blair Jr. in the above matter.

                            Robert E. Blair Jr.
                            By His Attorneys,
                            FLANAGAN & HUNTER, P.C.

                            _____
                            Brian P. Flanagan
                            BBO# 547375
                            88 Black Falcon Avenue, Suite 274
                            Boston, MA 02210
                            617-482-3366

## Certificate of Service

Certificate of Service

I hereby certify that on this 20 day of April 2005, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Meegan B. Casey, Esq.,
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

_____
Brian P. Flanagan
Attorney-at-Law