UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
OFFICE

| | |
|---|---|
| SOVEREIGN BANK,<br>PLAINTIFF<br><br>vs.<br><br>BOWDITCH BOAT HOLDINGS, LLC;<br>GOLDENEYE CORPORATION;<br>SALEM WHALE WATCH &<br>CRUISE CO. LLC; LAKE CHAMPLAIN<br>TRANSPORTATION CO.;<br>ROBERT E. BLAIR JR.;<br>ROBERT J. SALEM;<br>AND HENRY LORD<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10668 NMG |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter for defendant Salem Whale Watch & Cruise Co. LLC in the above matter.

Salem Whale Watch & Cruise Co.
LLC
By Its Attorneys,
FLANAGAN & HUNTER, P.C.

_____
Brian P. Flanagan
BBO# 547375
88 Black Falcon Avenue, Suite 274
Boston, MA 02210
617-482-3366

## Certificate of Service

Certificate of Service

I hereby certify that on this 26 day of April 2005, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Meegan B. Casey, Esq.,
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

_____
Brian P. Flanagan
Attorney-at-Law