UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 25 P 1:17

| | |
|---|---|
| SOVEREIGN BANK,<br>    PLAINTIFF<br><br>vs.<br><br>BOWDITCH BOAT HOLDINGS, LLC;<br>GOLDENEYE CORPORATION;<br>SALEM WHALE WATCH &<br>CRUISE CO. LLC; LAKE CHAMPLAIN<br>TRANSPORTATION CO.;<br>ROBERT E. BLAIR JR.;<br>ROBERT J. SALEM;<br>AND HENRY LORD<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10668 NMG |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter for defendant Lake Champlain Transportation.Co., in the above matter.

Lake Champlain Transportation. Co.
By Its Attorneys,
FLANAGAN & HUNTER, P.C.

_/s/ Brian P. Flanagan_
Brian P. Flanagan
BBO# 547375
88 Black Falcon Avenue, Suite 274
Boston, MA 02210
617-482-3366

## Certificate of Service

Certificate of Service

    I hereby certify that on this **26** day of April 2005, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Meegan B. Casey, Esq.,
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

                                                Brian P. Flanagan
                                                Attorney-at-Law