**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SOVEREIGN BANK, | ) | |
|     PLAINTIFF | ) | |
| | ) | Civil Action No. 05-10668 NMG |
| vs. | ) | |
| | ) | |
| BOWDITCH BOAT HOLDINGS, LLC; | ) | |
| GOLDENEYE CORPORATION; | ) | |
| SALEM WHALE WATCH& | ) | NOTICE OF APPEARANCE |
| CRUISE CO. LLC;  LAKE CHAMPLAIN | ) | |
| TRANSPORTATION CO.; | ) | |
|  ROBERT E. BLAIR JR.; | ) | |
|  ROBERT J. SALEM; | ) | |
|  AND HENRY LORD | ) | |
| | ) | |
|     DEFENDANTS | ) | |

    Please enter my appearance for the Defendant, Robert J. Salem.

Dated: May 2, 2005                                       Respectfully submitted,

 

*/s/ Stephen M. Ouellette*
Stephen M. Ouellette, Esq.
BBO No.: 543752
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel:  (978) 922-9933