UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK, SUCCESSOR BY MERGER WITH FIRST ESSEX BANK, F.S.B.,<br><br>         Plaintiff,<br><br>v.<br><br>BOWDITCH BOAT HOLDING, LLC; GOLDENEYE CORPORATION; SALEM WHALE WATCH & CRUISE COMPANY, LLC; LAKE CHAMPLAIN TRANSPORTATION COMPANY; ROBERT E. BLAIR, JR.; ROBERT J. SALEM AND HENRY LORD,<br><br>         Defendants. | Civil Action No. 05-10668-NMG |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Sovereign Bank, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, states that Sovereign Bank is a wholly owned subsidiary of Sovereign Bancorp, Inc., a Pennsylvania corporation. Sovereign Bancorp, Inc. is a publicly traded company, and no one person or entity owns 20% or more of the stock.

Dated:  May 4, 2005  Sovereign Bank, successor by merger with First Essex Bank, F.S.B.

By its Attorney,

RIEMER & BRAUNSTEIN LLP

/s/ Meegan B. Casey_____
Meegan B. Casey
BBO #648526
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Meegan B. Casey, hereby certify that a true copy of the above document was served upon the attorney of record for each party as indicated below by mail on this date, May 4, 2005.

| | |
|---|---|
| Brian Flanagan, Esquire | Stephen M. Ouellette, Esquire |
| Flanagan & Hunter, P.C. | Cianciulli and Oellette |
| 88 Black Falcon Avenue, Suite 274 | 163 Cabot Street |
| Boston, Massachusetts 02210 | Beverly, Massachusetts 01915 |

/s/ Meegan B. Casey
Meegan B. Casey

58025.524.887031.1