UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOVEREIGN BANK, SUCCESSOR BY MERGER WITH FIRST ESSEX BANK, F.S.B., <br><br> Plaintiff, <br><br> v. <br><br> BOWDITCH BOAT HOLDING, LLC; GOLDENEYE CORPORATION; SALEM WHALE WATCH & CRUISE COMPANY, LLC; LAKE CHAMPLAIN TRANSPORTATION COMPANY; ROBERT E. BLAIR, JR.; ROBERT J. SALEM AND HENRY LORD, <br><br> Defendants. | Civil Action No. 05-10668-NMG |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Sovereign Bank, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, states that Sovereign Bank is a wholly owned subsidiary of Sovereign Bancorp, Inc., a Pennsylvania corporation. Sovereign Bancorp, Inc. is a publicly traded company, and no one person or entity owns 20% or more of the stock.

| | |
|---|---|
| Dated: May 4, 2005 | Sovereign Bank, successor by merger with First Essex Bank, F.S.B.<br><br>By its Attorney,<br><br>RIEMER & BRAUNSTEIN LLP<br><br>/s/ Meegan B. Casey_____<br>Meegan B. Casey<br>BBO #648526<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>(617) 523-9000 |

## CERTIFICATE OF SERVICE

I, Meegan B. Casey, hereby certify that a true copy of the above document was served upon the attorney of record for each party as indicated below by mail on this date, May 4, 2005.

| | |
|---|---|
| Brian Flanagan, Esquire<br>Flanagan & Hunter, P.C.<br>88 Black Falcon Avenue, Suite 274<br>Boston, Massachusetts 02210 | Stephen M. Ouellette, Esquire<br>Cianciulli and Oellette<br>163 Cabot Street<br>Beverly, Massachusetts 01915 |

/s/ Meegan B. Casey_____
Meegan B. Casey

58025.524.887031.1