## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOVEREIGN BANK, | ) | |
| PLAINTIFF | ) | |
| | ) | Civil Action No. 05-10668 NMG |
| vs. | ) | |
| | ) | |
| BOWDITCH BOAT HOLDINGS, LLC; | ) | |
| GOLDENEYE CORPORATION; | ) | |
| SALEM WHALE WATCH& | ) | |
| CRUISE CO. LLC;  LAKE CHAMPLAIN | ) | |
| TRANSPORTATION CO.; | ) | |
| ROBERT E. BLAIR JR.; | ) | |
| ROBERT J. SALEM; | ) | |
| AND HENRY LORD | ) | |
| | ) | |
| DEFENDANTS | ) | |

## MOTION FOR LEAVE TO WITHDRAW  APPEARANCE

Now comes undersigned counsel and moves that this honorable court allow the withdrawal of his firm in this matter as counsel for defendant Robert J. Salem.  As grounds therefore, counsel states that successor counsel, Steve Ouellette, Esq. has already filed a Notice of Appearance in the above matter on behalf of Mr. Salem.

FLANAGAN & HUNTER, P.C.

Brian P. Flanagan
BBO# 547375
88 Black Falcon Avenue, Suite 274
Boston, MA 02210
617-482-3366

## Certificate of Service

Certificate of Service

I hereby certify that on this _16_ day of May 2005, I served a copy of the foregoing document by mailing a copy thereof, postage prepaid, to:

Meegan B. Casey, Esq.,  
Reimer & Braunstein LLP  
Three Center Plaza  
Boston, MA 02108

Stephen M. Ouellette, Esq.  
BBO No.: 543752  
Cianciulli and Ouellette  
163 Cabot Street  
Beverly, MA 01915

_____  
Brian P. Flanagan  
Attorney-at-Law

Stephen M. Ouellette, Esq.
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915

Meegan B. Casey, Esq.
Reimer & Braunstein
Three Center Plaza
Boston, MA 02108