

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:

Suffolk County Superior Court

650 High Street

Dedham, MA 02026

RE:

CIVIL ACTION #. 1:05-CV-10668

CRIMINAL #.

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on _____ May 31, 2005 _____ by the Honorable Nathaniel M. Gorton.

    The following documents are included in our file and transmitted herewith:

( x )     Certified copy of the docket entries;

( x )     Certified copy of the transferral order;

( x )     Original documents numbered 1-25

(   )     _____

    Kindly acknowledge receipt of the above on the copy of this letter.

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

Date: 5/31/05

By: Elizabeth E. Elyth
Deputy Clerk

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

By: Elizabeth E. Elefther
Deputy Clerk    617-748-4073

cc: Counsel, File

    The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)